IN THE *Circuit* COURT OF THE *First* JUDICIAL DISTRICT
OF HINDS, COUNTY, MISSISSIPPI

*Throssia Horton*

                                       **PLAINTIFF**

VS.                                NO. *14-675*

*Hinds County, Mississippi et al*

                                       **DEFENDANT**


      I, BARBARA DUNN, CIRCUIT CLERK, OF THE CIRCUIT COURT
IN AND FOR THE SAID STATE AND COUNTY DO HEREBY CERTIFY THAT
THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL THE PAPERS
FILED IN THIS OFFICE IN THE ABOVE STYLED AND NUMBERED CAUSE,
AS OF THIS DATE THE SAME IS OF RECORD IN THIS OFFICE IN DOCKET
BOOK NO. *14* PAGE NO. *675* TO WIT: *entire file*

      GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS THE *9*
DAY OF *Dec.*, *2014*.


BARBARA DUNN, CIRCUIT CLERK
HINDS COUNTY, MISSISSIPPI

BY _____ C.

**EXHIBIT**

"A"

CCKCTF1

**F I L E D**

OCT 29 2014

BARBARA DUNN, CIRCUIT CLERK

BY_____ D.C.

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICAL DISTRICT

**THROSSIA HORTON**                                                              **PLAINTIFF**

**VS.**                                        **CAUSE NUMBER:** *14-675*

**HINDS COUNTY, MISSISSIPPI,**
**HINDS COUNTY SHERIFF'S DEPARTMENT**
**HINDS COUNTY BOARD OF SUPERVISORS and**
**JOHN DOES 1 THROUGH 10**                                       **DEFENDANTS**

---

### COMPLAINT
### JURY TRIAL DEMANDED

---

COMES NOW Plaintiff, Throssia Horton, and brings this action against

Defendants, Hinds County, Mississippi, Hinds County Sheriff's Department, and

Hinds County Board of Supervisors, and John Does 1 through 10.   Plaintiff is

seeking compensatory damages, punitive damages, costs and attorney fees, and

other such relief as allowed under the relevant statutes.  As more specifically set

forth below, Plaintiff has been subjected to retaliation, any and all other Equal

Employment Opportunity ("EEO") violations and breach of contract by the

Defendant.  The actions of the Defendant described herein constitute violations

of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 1981 and Mississippi law.

---

### PARTIES

---

1.      Plaintiff, Throssia Horton, in an adult resident citizen of Jackson,

Tennessee.

2.   Defendant, Hinds County, Mississippi, may be served with process
     through Eddie Jean Carr, Chancery Clerk and Clerk of the Hinds County
     Board of Supervisors, 316 South President Street, Jackson, Mississippi.

3.   Defendant, Hinds County Sheriff's Department (hereinafter "Sheriff's
     Department") is a political subdivision of Hinds County, Mississippi.  As
     a political subdivision of Hinds County, Mississippi, the Sheriff's
     Department may be served with process through Eddie Jean Carr,
     Chancery Clerk and Clerk of the Hinds County Board of Supervisors,
     316 South President Street, Jackson, Mississippi.

4.   Defendant,  Hinds County Board of Supervisors (hereinafter "The
     Board") is a political subdivision of Hinds County, Mississippi. As a
     political subdivision of Hinds County, Mississippi, The Board may be
     served with process through Eddie Jean Carr, Chancery Clerk and Clerk
     of the Hinds County Board of Supervisors, 316 South President Street,
     Jackson, Mississippi.

5.   Defendants, John Does 1 through 5 are individuals whom Plaintiff is
     currently unable to identify despite diligent efforts.  Said Defendants
     are named pursuant to Miss. R. Civ. P. 9(h), insofar as their acts
     and/or omissions were negligent and/or otherwise tortious.

## JURISDICTION

6.   The Court has personal jurisdiction under 28 U.S.C. § 1331, and civil

rights jurisdiction under 28 U.S.C. § 1343. This action is authorized and instituted for causes of action arising under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000(e) et seq., 42 U.S.C. § 1981, and Mississippi law.

7.   This Court has subject matter jurisdiction over the Plaintiff's claims of retaliation and any all other EEO violations and for breach of contract under Mississippi law.

8.   Venue is proper in this Court.

## STATEMENT OF FACTS

9.   Plaintiff has been an employee of the Defendants since June of 2007 as a jailor.

10.   On or about April 2012, Plaintiff was transferred from a jailor to a patrol deputy for the Defendants.

11.   Her job duties includes but not limited to driving a patrol car in and around Hinds County, Mississippi, enforcing the peace and dignity of the laws in Hinds County, Mississippi.

12.   On or about July 2012, Plaintiff suffered an on the job work injury in which required surgery to her knee in February 2013.

13.   On or about April 2013, while still on light duty, Plaintiff was made to participate in a weapons qualification. Plaintiff could not kneel at the time due to her knee injury.

14. Plaintiff failed her weapons qualification.

15. Upon release of her light duty, Plaintiff was denied the right to another
    weapons qualification.

16. On or about August 12, 2013, Plaintiff was sent home and her patrol
    car taken.

17. Plaintiff was reassigned to the front desk of the downtown jail in
    Jackson, Mississippi.

18. On or about October 29, 2013, Plaintiff was transferred back to jailor
    without explanation.

19. Plaintiff suffered a loss of pay.

20. Prior to these above events, Plaintiff had previously filed a complaint
    for discrimination in federal court for violations of her civil rights in
    March of 2013; however, Defendants did not answer to deny until
    October 2013.   This is the same month that Plaintiff was transferred
    to jailor.

21. Plaintiff knew of other employees that failed the weapon's
    qualifications that were not transferred to jailor and continued with
    their present assignment.

22. The only reason for the reassignment was retaliation for her filing of
    her civil rights complaint.

23. In January of 2014, Plaintiff had a meeting with Chief Deputy Chris
    Picou to discuss the demotion to jailor.  Picou specially made reference

to her prior filed lawsuit which was not the subject of her transfer.
Based on his comments, Plaintiff gained a greater belief that her
transfer was due to her prior filed lawsuit.

24.   The unlawful employment practices complained of above were
intentional.

25.   The unlawful employment practices complained of above were done
with malice or with reckless indifference to the federally-protected and
state-protected rights of Plaintiff.

26.   A copy of the Notice of Right to Sue in the instant case attached as
Exhibit "A".

## COUNT I

## RETALIATION

27.   Plaintiff, Throssia Horton, re-alleges and incorporates all averments set
forth in Paragraphs 1 through 26 above as if fully incorporated herein.

28.   Defendants have unlawfully retaliated against Plaintiff for opposing
discriminating practices by Defendants, thereby engaging Plaintiff in
protected activity under Title VII of the Civil Rights Act of 1964 and 42
U.S.C. § 1981.

29.   Defendants' unlawful retaliation against Plaintiff has damaged her
professional reputation among her peers.

30.   As a direct and proximate result of Defendants' unlawful conduct
toward Plaintiff, Plaintiff has lost wages and benefits and has sustained

other pecuniary loss. Plaintiff has also been denied opportunities for career advancement.  Defendants' retaliatory practices, insults, contempt, and disdain have been demeaning to Plaintiff and have caused her to suffer deep pain, humiliation, anxiety, health issues, and emotional stress.

## COUNT II

### INTENTIONAL AND/OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

31.   Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 30 above as if fully incorporated herein.

32.   The effect of these actions on Plaintiff was reasonably foreseeable.

33.   Plaintiff has suffered injury as a result of the Defendants' actions.

## COUNT III

### BREACH OF CONTRACT

34.   Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 33 above as if fully incorporated herein.

35.   Along, with Plaintiff reporting of a federal employment rights violations, while Plaintiff was only transferred, Defendants breached their contract with Plaintiff by cutting her pay.  Therefore, Defendants' rate of pay for Plaintiff was wrongful in that it violated the public policy of the State of Mississippi.

36. Defendants represented to Plaintiff, by various means, including but not limited to, written and oral employee guidelines that all employees, including the Plaintiff would be treated fairly and equitably. These provisions and representations form a part of the Plaintiff's express or implied employment contract or agreement with Defendants.

37. Plaintiff reasonably relied on Defendants' express or implied promises of job security and fair treatment and gave due consideration to such promises by rendering long and valuable service to the Defendants.

38. Plaintiff performed all conditions, covenants, promises, duties and responsibilities required of her in accordance and in conformity with the employment agreement or contract.

39. Defendants' termination of the Plaintiff, without good cause and in violation of public policy, constituted a breach of her express and/or implied employment contract. The breach of contract involved malice sufficient to create a tortious breach of contract as defined by Mississippi law.

40. There was implied in the agreement a covenant of good faith and fair dealing in the employment relationship between Defendants and Plaintiff. Such a duty required Defendants to refrain from any act that would prevent or impede the Plaintiff from performing all of the conditions of her employment.

41.    Defendants breached the duty of good faith and fair dealing owed to
their employees, especially the Plaintiff, herein, by decreasing her rate
of pay for reports of their violations as required by law.

## COUNT IV

## PUNITIVE DAMAGES

42.    Plaintiff re-alleges and incorporates all averments set forth in
paragraphs 1 through 41 above as if fully incorporated herein.

43.    The acts and omissions of Defendants described herein were willful,
deliberate, and done with callous disregard for the rights of,
sensibilities of, and likelihood of harm to Plaintiff.

44.    Plaintiff is entitled to punitive damages as a result of Defendants'
intentional acts in violation of Plaintiff's federally and state protected
rights.  Alternatively, Plaintiff is entitled to punitive damages because
Defendants' unlawful acts against Plaintiff were committed maliciously
and/or in reckless disregard of Plaintiff's rights.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF RESPECTFULLY PRAYS
that the Court causes service to issue in this cause upon the Defendants and that
this matter be set for trial. Upon trial by jury thereon, Plaintiff prays that the
following relief be granted:

1.    Defendants make Plaintiff whole by providing compensation for past and future nonpecuniary losses resulting from unlawful practices complained above, including, but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of life, humiliation, and to her non-pecuniary losses in amounts to be determined at trial;

2.    Punitive damages against Defendants in an amount to be determined by the jury;

3.    All costs, disbursements, pre-judgment interest, post-judgment interest, expert witness fees and reasonable attorney's fees allowed under actions brought pursuant to Title VII, 42 U.S.C. § 1981 and Mississippi law;

4.    Such further relief as is deemed just and proper.

THIS the 29th day of October, 2014.

Respectfully submitted,

Throssia Horton, Plaintiff

BY:

Daniel D. Ware, Her Attorney

**Ware Law Firm, PLLC**
Daniel D. Ware, MSB# 10,847
2609 US Highway 49 South
Florence, MS 39073
Phone: (601) 845-9273
Fax: (601) 845-0749
dware@warelawfirm.com

| CHARGE OF DISCRIMINATION | | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | ☐ FEPA | |
| | | ☒ EEOC | 423-2014-00446 |
| | | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Throssia Horton | (601) 866-7518 | 01-20-1974  01-30-74 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3129 South Norrell Road, Bolton, MS 39041 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| HINDS COUNTY SHERIFF'S DEPARTMENT | 101 - 200 | (601) 974-2900 |

| Street Address | City, State and ZIP Code |
|---|---|
| 407 East Pascagoula Street,  Jackson, MS 39209 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| RECEIVED | | |

| Street Address | City, State and ZIP Code |
|---|---|
| U.S. EEOC/JAO | |

DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 08-12-2013 | 10-29-2013 |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My job title as of February 2013 was Patrol Deputy. I also had surgery February 2013 due to a medical condition that was the result of an on the job injury that I sustained July 2012. April 2013, employees had to participate in a weapons qualification. I could not kneel at the time because of my medical condition. Although my supervisor and Captain were aware of my medical condition, I still had to participate. I did not qualify. I was not allowed to take the weapons qualification again. The first week of August 2013, my doctor requested light duty because of my injury. My supervisor, Donald Rhodes and Captain Jeremiah Jones would not grant me the accommodation. I did not need the accommodation the second week of August. However, August 12, I was send home and my patrol vehicle was taken. I was assigned to work downtown (on East Pascagoula Street) and get my own means of transportation. I was written up the first night I was to report because I could not report because I did not have transportation. I was assigned to work the front desk. I sought rides with co-workers but I was not successful. October 29, 2013, I was demoted to Jailer and my wages were reduced by $10,000.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 1/13/14 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

Case: 25CI1:14-cv-00075-TTG   Document #: 2-1   Filed: 10/29/2014   Page 1 of 1

## COVER SHEET
### Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Court Identification

Docket Number

| County # | Judicial District (CH, CI, CO) | Court ID |
|---|---|---|

2 5 1 0 0

Case Year: 2 0 1 4

Docket Number: 7 5

Local Docket ID

Month / Date / Year: 1 0 2 9 1 4

This area to be completed by clerk

Mississippi Supreme Court
Administrative Office of Courts
Form AOC/01 (Revised 1/1/2001)

Case Number if filed prior to 1/1/94

IN THE CIRCUIT COURT OF HINDS COUNTY

Short Style of Case: Horton vs. Hinds County
Party Filing Initial Pleading: Type/Print Name  Ware Law Firm, PLLC, Daniel D. Ware   Signature _____   MS Bar No. 10847
Check (✓) if Not an Attorney ___  Check (✓) if Pro Hac Vice ___
Compensatory Damages Sought: $ 25,000.00   Punitive Damages Sought: $ 75,000.00
Is Child Support contemplated as an issue in this suit? ___ Yes ✓ No   If "yes" is checked, please submit a completed Child Support Information Sheet with Final Decree/Judgment

**PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM**

Individual  Horton (Last Name)  Throssia (First Name)  M. (Middle Init.)  (Jr/Sr/III/IV)
Address of Plaintiff  Jackson, Tennessee
___ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___
___ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency ___
Business ___
___ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A: ___

**DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM**

Individual  (Last Name)  (First Name)  (Maiden Name, if Applicable)  (Middle Init.)  (Jr/Sr/III/IV)
___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___
✓ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency  Hinds County, Mississippi
Business ___
___ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
D/B/A: ___  Pro Hac Vice (✓) ___
ATTORNEY FOR THIS DEFENDANT: Bar No. ___ or Name: ___ (If known)

In left hand column, check one (1) box that best describes the nature of this suit. In right hand column check all boxes which indicate secondary claims.

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)
- Other

**Contract**
- ☒ Breach of Contract
- Installment Contract
- Insurance
- Product Liability under Contract
- Specific Performance
- Estate

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- ☒ Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Racketeering (RICO)
- Railroad
- Seaman
- Other

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employment Security Comm'n
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other

**Children and Minors - Non-Domestic**
- Adoption - Contested
- Adoption - Uncontested
- Consent to Abortion for Minor
- Removal of Minority
- Other

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- Negligence - General
- Negligence - Motor Vehicle
- Products Liability
- Wrongful Death
- Other

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- Other

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICAL DISTRICT

**THROSSIA HORTON**                                              **PLAINTIFF**

**VS.**                                    CAUSE NUMBER: _14-675_

**HINDS COUNTY, MISSISSIPPI,**
**HINDS COUNTY SHERIFF'S DEPARTMENT**
**HINDS COUNTY BOARD OF SUPERVISORS and**
**JOHN DOES 1 THROUGH 10**                                       **DEFENDANTS**

---

### SUMMONS

---

THE STATE OF MISSISSIPPI

TO:   Hinds County, Mississippi
      Eddie Jean Carr,
      Chancery Clerk and Clerk of the Hinds County Board of Supervisors,
      316 South President Street, Jackson, Mississippi.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the
Complaint to **WARE LAW FIRM, PLLC,** Daniel D. Ware, Attorney for Plaintiff,
whose mailing address is 2609 US Highway 49 S, Florence, MS 39073. Your
response must be mailed or delivered within thirty (30) days from the date of
delivery of this Summons and Complaint or a Judgment by Default will be
entered against you for the money or things demanded in the Complaint.

You must also file the original of you response with the clerk of this court within
a reasonable time afterward.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS _31_ DAY OF
_Oct_, 2014.

                                    Barbara Dunn, Circuit Clerk
                                    CIRCUIT CLERK OF HINDS COUNTY

                                    _____ D.C.

Case: 25CI1:14-cv-00675-TTG    Document #: 4    Filed: 10/31/2014    Page 1 of 1

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICAL DISTRICT

**THROSSIA HORTON**                                                      **PLAINTIFF**

**VS.**                              **CAUSE NUMBER:** _14 675_

**HINDS COUNTY, MISSISSIPPI,**
**HINDS COUNTY SHERIFF'S DEPARTMENT**
**HINDS COUNTY BOARD OF SUPERVISORS and**
**JOHN DOES 1 THROUGH 10**                                        **DEFENDANTS**

---

### SUMMONS

THE STATE OF MISSISSIPPI

TO:    Hinds County Sheriff's Department
       Eddie Jean Carr,
       Chancery Clerk and Clerk of the Hinds County Board of Supervisors,
       316 South President Street, Jackson, Mississippi.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to **WARE LAW FIRM, PLLC,** Daniel D. Ware, Attorney for Plaintiff, whose mailing address is 2609 US Highway 49 S, Florence, MS 39073.  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or things demanded in the Complaint.

You must also file the original of you response with the clerk of this court within a reasonable time afterward.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS _31_ DAY OF _Oct_, 2014.

                                   Barbara Dunn, Circuit Clerk

                                   CIRCUIT CLERK OF HINDS COUNTY

                                   By _____ D.C.

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICAL DISTRICT

**THROSSIA HORTON**                                                    **PLAINTIFF**

**VS.**                                        CAUSE NUMBER: _14-675_

**HINDS COUNTY, MISSISSIPPI,**
**HINDS COUNTY SHERIFF'S DEPARTMENT**
**HINDS COUNTY BOARD OF SUPERVISORS and**
**JOHN DOES 1 THROUGH 10**                                            **DEFENDANTS**

---

### SUMMONS

---

THE STATE OF MISSISSIPPI

TO:   Hinds County Board of Supervisors
      Eddie Jean Carr,
      Chancery Clerk and Clerk of the Hinds County Board of Supervisors,
      316 South President Street, Jackson, Mississippi.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the
Complaint to **WARE LAW FIRM, PLLC,** Daniel D. Ware, Attorney for Plaintiff,
whose mailing address is 2609 US Highway 49 S, Florence, MS 39073.  Your
response must be mailed or delivered within thirty (30) days from the date of
delivery of this Summons and Complaint or a Judgment by Default will be
entered against you for the money or things demanded in the Complaint.

You must also file the original of you response with the clerk of this court within
a reasonable time afterward.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS _3/_ DAY OF
_Oct_, 2014.                          Barbara Dunn, Circuit Clerk.

                                      CIRCUIT CLERK OF HINDS COUNTY

                                      B_____ D.C.C.

## PROOF OF SERVICE – SUMMONS
## (PROCESS SERVER)

_Eddie Carr_
Name of Person or Entity Served

    I, the undersigned process server, served the summons and complaint upon the person or entity named above the manner set forth below:

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail postage prepaid) on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender.

✓ **PERSONAL SERVICE:** I personally delivered copies to _E. Carr's Ad. Assist_ on the _10th_ day of _Nov._, 20 _14_, where I found said person(s) in _Hinds_ County of the State of Mississippi.

_____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____, 20___ at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person(s) served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20___. I mailed (by first class mail, postage prepaid) copies to the persons served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

    At the time of service I was at least 18 years of age and not a party to this action.

**Process server must list below:** (Please print or type)

Name: _Daniel Dwane_

Address: _2609 US Hwy 49S      39073_

Telephone No. _601 845 9273_

Fee for service:  $_____

**STATE OF MISSISSIPPI**
**COUNTY OF** _Rankin_

    Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named _Daniel D. Wone_, who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER (Signature)

Sworn to and subscribed before me this the _11th_ day _Nov._, 2014.

_____
NOTARY PUBLIC

My Commission Expires:

_12-21-14_

[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 100926, JENNY M. HENDRIX, Commission Expires Dec. 21, 2015, COPIAH COUNTY]

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICAL DISTRICT

**THROSSIA HORTON**                                              **PLAINTIFF**

**VS.**                                   **CAUSE NUMBER:**  _14-675_

**HINDS COUNTY, MISSISSIPPI,**
**HINDS COUNTY SHERIFF'S DEPARTMENT**
**HINDS COUNTY BOARD OF SUPERVISORS and**
**JOHN DOES 1 THROUGH 10**                             **DEFENDANTS**

---

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Hinds County Board of Supervisors
      Eddie Jean Carr,
      Chancery Clerk and Clerk of the Hinds County Board of Supervisors,
      316 South President Street, Jackson, Mississippi.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to **WARE LAW FIRM, PLLC,** Daniel D. Ware, Attorney for Plaintiff, whose mailing address is 2609 US Highway 49 S, Florence, MS 39073. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or things demanded in the Complaint.

You must also file the original of you response with the clerk of this court within a reasonable time afterward.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS _10_ DAY OF _Nov_____, 2014.

CIRCUIT CLERK OF HINDS COUNTY

## PROOF OF SERVICE – SUMMONS
## (PROCESS SERVER)

Eddie Carr

Name of Person or Entity Served

    I, the undersigned process server, served the summons and complaint upon the person or entity named above the manner set forth below:

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail postage prepaid) on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender.

✓ **PERSONAL SERVICE:** I personally delivered copies to E. Carr's Ad Assi on the 10th day of November 20 14, where I found said person(s) in Hinds County of the State of Mississippi.

_____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____, 20___ at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person(s) served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20___. I mailed (by first class mail, postage prepaid) copies to the persons served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

    At the time of service I was at least 18 years of age and not a party to this action.

**Process server must list below:** (Please print or type)

Name: Daniel D Ware

Address: 2409 US Hwy 49S                39073

Telephone No. 601 845 9273

Fee for service: $ _____

**STATE OF MISSISSIPPI,**
**COUNTY OF** Rankin

    Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named Daniel D. Ware, who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER (Signature)

Sworn to and subscribed before me, this the 11th day Nov, 2014.

_____
NOTARY PUBLIC

*[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 100926, JENNY M. HENDRIX, Commission Expires Dec. 21, 2015, COPIAH COUNTY]*

My Commission Expires:

12-21-15

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICAL DISTRICT

**THROSSIA HORTON**                                       **PLAINTIFF**

**VS.**                           **CAUSE NUMBER:**    14-675

**HINDS COUNTY, MISSISSIPPI,**
**HINDS COUNTY SHERIFF'S DEPARTMENT**
**HINDS COUNTY BOARD OF SUPERVISORS and**
**JOHN DOES 1 THROUGH 10**                        **DEFENDANTS**

---

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Hinds County Sheriff's Department
     Eddie Jean Carr,
     Chancery Clerk and Clerk of the Hinds County Board of Supervisors,
     316 South President Street, Jackson, Mississippi.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to **WARE LAW FIRM, PLLC,** Daniel D. Ware, Attorney for Plaintiff, whose mailing address is 2609 US Highway 49 S, Florence, MS 39073. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or things demanded in the Complaint.

You must also file the original of you response with the clerk of this court within a reasonable time afterward.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS _10_ DAY OF
_Nov_, 2014.

_____
CIRCUIT CLERK OF HINDS COUNTY

Case: 25CI1:14-cv-00675-TTG     Document #: 8     Filed: 11/11/2014     Page 1 of 2

## PROOF OF SERVICE – SUMMONS
## (PROCESS SERVER)

_Eddie Carr_
Name of Person or Entity Served

I, the undersigned process server, served the summons and complaint upon the person or entity named above the manner set forth below:

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail postage prepaid) on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender.

__✓__ **PERSONAL SERVICE:** I personally delivered copies to _Eddie Carr  Ad. Assis._ on the _10th_ day of _Nov_, 20_14_, where I found said person(s) in _Hindo_ County of the State of Mississippi.

_____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____, 20___ at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person(s) served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20___. I mailed (by first class mail, postage prepaid) copies to the persons served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

At the time of service I was at least 18 years of age and not a party to this action.

**Process server must list below:**  (Please print or type)

Name: _Daniel D Ware_

Address: _2609  US  Hwy  495      39073_

Telephone No. _601 845 9273_

Fee for service:  $_____

**STATE OF MISSISSIPPI**
**COUNTY OF** _Rankin_

Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named _Daniel D. Ware_, who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER (Signature)

Sworn to and subscribed before me this the _11th_ day _Nov_, 2014.

_Jenny Hendrix_
NOTARY PUBLIC

My Commission Expires:

_12-21-15_

ID # 100926
JENNY M. HENDRIX
Commission Expires
Dec. 21, 2015
STATE OF MISS.
NOTARY PUBLIC
COPIAH COUNTY

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICAL DISTRICT

**THROSSIA HORTON**                         **PLAINTIFF**

**VS.**             **CAUSE NUMBER:** __14-675__

**HINDS COUNTY, MISSISSIPPI,**
**HINDS COUNTY SHERIFF'S DEPARTMENT**
**HINDS COUNTY BOARD OF SUPERVISORS and**
**JOHN DOES 1 THROUGH 10**          **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Hinds County, Mississippi
      Eddie Jean Carr,
      Chancery Clerk and Clerk of the Hinds County Board of Supervisors,
      316 South President Street, Jackson, Mississippi.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the
Complaint to **WARE LAW FIRM, PLLC,** Daniel D. Ware, Attorney for Plaintiff,
whose mailing address is 2609 US Highway 49 S, Florence, MS 39073.  Your
response must be mailed or delivered within thirty (30) days from the date of
delivery of this Summons and Complaint or a Judgment by Default will be
entered against you for the money or things demanded in the Complaint.

You must also file the original of you response with the clerk of this court within
a reasonable time afterward.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS __10__ DAY OF
__Nov__, 2014.

                                  CIRCUIT CLERK OF HINDS COUNTY